**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-1354**

EHONAM M. AGBATI, a/k/a Roger Agbati,

          Plaintiff - Appellant,

     v.

VIRGINIA DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
Office of Charitable and Regulatory Programs,

          Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., Senior District Judge.  (3:19-cv-00512-JAG)

Submitted:  April 8, 2024                                            Decided:  May 10, 2024

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Ehonam M. Agbati, Appellant Pro Se.  Muhammad Umar, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ehonam M. Agbati appeals the district court's order denying his postjudgment motions. We have reviewed the record and find no reversible error. The district court did not abuse its discretion by denying Agbati's second motion for correction, and Agbati did not provide a plausible basis for sealing the case, reassigning it to another judge, or holding a hearing. Accordingly, we affirm the district court's order. *Agbati v. Va. Dep't of Agric. & Consumer Servs.*, No. 3:19-cv-00512-JAG (E.D. Va. Mar. 2, 2023). We deny as moot Agbati's motion to hold ruling on this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*